EAST BATON ROUGE PARISH
Filed Jun 26, 2025 2:38 PM
Deputy Clerk of Court
E-File Received Jun 25, 2025 3:03 PM
C-765031
27

| | |
|---|---|
| NEAL and SUSAN CLAYTON, PLAINTIFFS | STATE OF LOUISIANA EIGHTEENTH JUDICIAL DISTRICT PARISH OF WEST BATON ROUGE |
| VERSUS | |
| STATE FARM FIRE AND CASUALTY COMPANY, DEFENDANT | NUMBER: _____ DIVISION: "___" |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PETITION FOR DAMAGES

**NOW INTO COURT** through undersigned counsel comes **NEAL and SUSAN CLAYTON,** made Plaintiffs herein (hereinafter "Plaintiffs"), who bring this Petition seeking damages as follows:

1.

Plaintiffs are individuals of the full age of majority who are domiciled in West Baton Rouge Parish.

2.

The defendant herein is **STATE FARM FIRE AND CASUALTY COMPANY** (hereinafter "Defendant"), a foreign insurer licensed to do business within the state of Louisiana, which may be served through the Louisiana Secretary of State.

3.

Defendant issued Homeowners' Policy No. 18-64W0-64D (the "Policy") covering the home owned by Plaintiff at 2250 Oleander Street, Baton Rouge, Louisiana, and insuring the property against "sudden and accidental direct physical loss to property."

4.

On or about March 15, 2024, hail and a thunderstorm damaged the Plaintiff's roof and other exterior elements, causing a direct physical loss to his property covered by the Policy.

5.

Plaintiffs timely provided notice of the loss to his insurer, Defendant.

6.

Defendant inspected the premises on May 1, 2024 and at that time, possessed satisfactory proof that the damage occurred and that the policy covered the loss.

Certified True and Correct Copy
CertID: 2025063000382

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
6/30/2025 10:58 AM

STATE FARM EXHIBIT A - PAGE 1

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

7.

Plaintiffs' roof shows visible damage caused by wind to Plaintiff's roof and adjacent properties.

9.

On May 16, 2024, Defendant tendered $14,389.01, applying a deductible of $9,974, for a total tender amount of $4,415.01 in an attempt to settle the claim, which amount is woefully insufficient to cover the loss caused by the storm. On June 19, 2025, Plaintiffs had a second inspection performed pertaining to the loss revealing more extensive damage than noted by the Defendant or reflected in its May 16, 2024 tender.

10.

The Defendant is responsible to the Plaintiff to pay the entire value of his covered loss.

11.

Defendant has breached its contractual duty to repair or replace the roof and repair the other damage, and cannot prove that any claimed policy exclusion or evidence that would apply to exclude coverage for the repairs recommended by Plaintiff's selected contractor, violating its statutory duties pursuant to La. R.S. 22:1893.

12.

On October 30, 2024, Plaintiffs made a formal tender based on the June 19, 2024, estimate.

13.

More than 30 days have elapsed without State Farm responding to or otherwise acknowledging the tender.

14.

Plaintiffs' suffered distress and inconvenience as a result of Defendant's breach of its position of trust with its insured and the breach of its statutory duties pursuant to La. R.S. 22:1893.

15.

La. R.S. § 22:1973(A) (as in effect at the time of loss) permits an insured to recover damages from a homeowner's insurer as a result of an insurer's unjustified reliance on a policy exclusion that results in the insurer denying payment on a claim.

16.

The Defendant's actions have caused the Plaintiff to suffer damages recoverable pursuant to La. R.S. § 22:1973(A) (as in effect at the time of loss) as follows:

    a.    Mental and emotional distress caused by the claim denial;


Certified True and Correct Copy
CertID: 2025063000382
East Baton Rouge Parish
Deputy Clerk Of Court
Generated Date: 6/30/2025 10:58 AM
STATE FARM EXHIBIT A - PAGE 2
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

b. Inconvenience associated with the delay of repairs;

c. Out-of-pocket expenses for repair of the damage;

d. Loss of use

e. Devaluation of property

f. Damages resulting from delay in payment

g. All other damages which may be shown at the trial of this matter.

Page **3** of **4**



Certified True and Correct Copy
CertID: 2025063000382
East Baton Rouge Parish
Deputy Clerk Of Court
Generated Date:
6/30/2025 10:58 AM
STATE FARM EXHIBIT A - PAGE 3
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

15.

The above-described actions of the Defendant in delaying and denying payment to the Plaintiff were arbitrary, capricious, or without probable cause, requiring the imposition of penalties, in addition to the amount of the property loss pursuant to La. Stat. Ann. § 22:1892(B) (as in effect at the time of loss) to wit:

a. Payment of a penalty in the amount of fifty percent of the value of the loss, without credit for the untimely tender made by Defendant;

b. Fifty percent of the damages suffered by Plaintiff; and

c. Attorney's fees and costs;

**WHEREFORE** Plaintiffs **NEAL and SUSAN CLAYTON** request that Defendant, **STATE FARM FIRE AND CASUALTY COMPANY** is cited and served, and after due proceedings are had that Judgment is found in favor of Plaintiff granting all legal, equitable, and declaratory relief herein requested; all damages, penalties and attorneys' fees prayed for, with Defendant liable with legal interest from breach or judicial demand as may be required by law; costs as allowed by law; and all other legal and equitable relief that this Court deems expedient and appropriate to grant.

Respectfully submitted,

**THE CROSS LAW FIRM, LLC**

_____
Heather A. Cross (La. Bar Roll 26249)
6663 Jefferson Highway
Baton Rouge, LA 70806
Telephone: (225) 256-0366
Facsimile: (225) 256-6841
Email: hcross@lawacrossla.com

**PLEASE SERVE**
**State Farm Fire and Casualty Company**
 **Through its Agent for Service of Process**
**Louisiana Secretary of State**


Certified True and Correct Copy
CertID: 2025063000382
East Baton Rouge Parish Deputy Clerk Of Court
Generated Date: 6/30/2025 10:58 AM
STATE FARM EXHIBIT A  PAGE 4
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EAST BATON ROUGE PARISH
C-765031
Filed Jun 26, 2025 2:38 PM
27
Deputy Clerk of Court
E-File Received Jun 25, 2025 3:03 PM

| | |
|---|---|
| NEAL CLAYTON AND SUSAN CLAYTON | 19TH JUDICIAL DISTRICT COURT EAST BATON ROUGE, LOUISIANA |
| VERSUS | DOCKET NUMBER _____ |
| STATE FARM FIRE & CASUALTY COMPANY | DIVISION "\_\_\_" |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## REQUEST FOR NOTICE

NOW INTO COURT through undersigned counsel come **NEAL CLAYTON and SUSAN CLAYTON** (hereinafter "Plaintiffs") who pursuant to Article 1572, 1913, and 1914 of the Louisiana Code of Civil Procedure requests that that written notice of date set for the trial of this cause, or the date set for trial of any pleadings or motions, be provided to undersigned counsel at least ten days before said date and that notice of the signing of any final judgment or rendition of any interlocutory order or judgment in this cause be provided to undersigned counsel per Articles 1913 and 1914 of the Louisiana Code of Civil Procedure.

Respectfully submitted,

**THE CROSS LAW FIRM, LLC**

_____
Heather A. Cross (La. Bar Roll 26249)
6663 Jefferson Hwy
Baton Rouge, LA 70806
Telephone: (225) 256-0366
Facsimile: (225) 256-6841
Email: hcross@lawacrossla.com
*Attorney for Plaintiffs, Neal and Susan Clayton*

Page **1** of **1**


Certified True and Correct Copy
CertID: 2025063000383

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
6/30/2025 10:58 AM

STATE FARM EXHIBIT A - PAGE 5

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**SERVICE COPY**



D17023102

# CITATION

| | |
|---|---|
| NEAL CLAYTON, ET AL<br>(Plaintiff) | NUMBER C-765031 "27" |
| VS | 19TH JUDICIAL DISTRICT COURT |
| STATE FARM FIRE AND CASUALTY<br>COMPANY<br>(Defendant) | PARISH OF EAST BATON ROUGE<br>STATE OF LOUISIANA |

TO: STATE FARM FIRE AND CASUALTY COMPANY
THROUGH AGENT:
LOUISIANA SECRETARY OF STATE

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party. Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court. This citation was issued by the Clerk of Court for East Baton Rouge Parish on **JUNE 30, 2025.**



*Kenzie Dunson*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: CROSS, HEATHER A.**
*The following documents are attached:

**PETITION FOR DAMAGES AND REQUEST FOR NOTICE**

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.
**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.
**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.
**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.
**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVED ON
NANCY LANDRY

SERVICE: $_____
MILEAGE $_____
TOTAL: $_____

JUL 03 2025    Deputy Sheriff
Parish of East Baton Rouge

RECEIVED
East Baton Rouge Sheriff Office

JUL 02 2025

SECRETARY OF STATE CITATION-2000
COMMERCIAL DIVISION

# State of Louisiana
# Secretary of State

07/04/2025

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

STATE FARM FIRE & CASUALTY COMPANY
STATE FARM INSURANCE COMPANIES
C/O CORPORATION SERVICE COMPANY
450 LAUREL STREET, 8TH FLOOR
BATON ROUGE, LA 70801

Suit No.: 765031
19TH JUDICIAL DISTRICT COURT
EAST BATON ROUGE PARISH

NEAL CLAYTON, ET AL
vs
STATE FARM FIRE AND CASUALTY COMPANY

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

NANCY LANDRY
Secretary of State

Served on: NANCY LANDRY
Served by: B GARAFOLA

Date: 07/03/2025
Title: DEPUTY SHERIFF

No: 1363652



CZ

STATE FARM EXHIBIT A    PAGE 7

NANCY LANDRY
SECRETARY OF STATE
P.O. BOX 94125
BATON ROUGE, LA 70804-9125



9489 0090 0027 6692 2865 37

FIRST-CL/



STATE FARM EXHIBIT A    PAGE 8



# Notice of Service of Process

**KSB / ALL**
**Transmittal Number: 31822698**
**Date Processed: 07/14/2025**

| | |
|---|---|
| Primary Contact: | State Farm Enterprise SOP<br>Corporation Service Company- Wilmington, DELAWARE<br>251 Little Falls Dr<br>Wilmington, DE 19808-1674 |

| | |
|---|---|
| Entity: | State Farm Fire and Casualty Company<br>Entity ID Number  3461650 |
| Entity Served: | State Farm Fire and Casualty Company |
| Title of Action: | Neal Clayton vs. State Farm Fire and Casualty Company |
| Matter Name/ID: | Neal Clayton vs. State Farm Fire and Casualty Company (17597476) |
| Document(s) Type: | Citation/Petition |
| Nature of Action: | Contract |
| Court/Agency: | East Baton Rouge Parish District Court, LA |
| Case/Reference No: | C-765031 27 |
| Jurisdiction Served: | Louisiana |
| Date Served on CSC: | 07/14/2025 |
| Answer or Appearance Due: | 21 Days |
| Originally Served On: | Secretary Of State |
| How Served: | Certified Mail |
| Sender Information: | The Cross Law Firm, LLC<br>225-256-0366 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

STATE FARM EXHIBIT A   PAGE 9